

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00102-CV

TONIA BINGHAM　　　　　　　　　　　　　　　　　　　APPELLANT

V.

THOMAS GILBERT BINGHAM　　　　　　　　　　　　　　APPELLEE

----------

FROM THE 442ND DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-21009-158

----------

## MEMORANDUM OPINION[1]

----------

Appellant attempts to appeal from a temporary restraining order in a family law matter. On March 31, 2016, we notified the parties of our concern that we lack jurisdiction over this appeal because it does not appear to arise from a final judgment or appealable interlocutory order, and we informed the parties that we could dismiss the appeal absent a response by April 11, 2016 showing grounds

---

[1]*See* Tex. R. App. P. 47.4.

for continuing the appeal.[2]  We have received no response.  Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  May 19, 2016

---

[2]*See* Tex. R. App. P. 42.3, 44.3.

[3]*See* Tex. Fam. Code Ann. § 105.001(e) (West 2014); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2015) (listing types of appealable interlocutory orders); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally an appeal may be taken only from a final judgment and that a judgment is final and appealable if it disposes of all parties and all issues); *In re J.W.L.*, 291 S.W.3d 79, 83 (Tex. App.—Fort Worth 2009, orig. proceeding [mand. denied]) (reiterating that temporary orders in family law cases are not appealable); *see also* Tex. R. App. P. 42.3(a), 43.2(f).